**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV09-01278 JAK (MLGx) | Date | September 14, 2011 |
|---|---|---|---|
| Title | Deena Chacon Jerotz v. Peaches Uniform, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

Pursuant to Magistrate Judge Goldman's September 7, 2011 Order, the parties have reached a settlement [56]. The Court sets an Order to Show Cause re Dismissal for October 17, 2011 at 10:30 a.m. If the parties file a dismissal by October 13, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

The Post Mediation Status Conference, Final Pretrial Conference, Status Conference re Exhibits, and Jury Trial are vacated.

**IT IS SO ORDERED.**

:

Initials of Preparer   ak